No. 70–5150. MANLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 70–5151. McCABE, AKA CASE v. RODGERS. C. A. D. C. Cir. Certiorari denied.

No. 70–5152. WHITTY v. WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 70–5155. FORTE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 70–5156. SIMPSON v. CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 70–5159. JOHNSON v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 70–5160. MANNING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 70–5163. MULLINS v. MOYNAHAN, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 6th Cir. Certiorari denied.

No. 70–5167. DICKINSON v. BRIDGES, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 70–5168. SMITH v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Alameda. Certiorari denied.

No. 70–5169. BROWN v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 70–5171. SHEA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 70–5174. MILLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.